leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

FRANK SCIALLIS and Another v. HARTFORD FIRE INSURANCE COMPANY and NORTHWESTERN NATIONAL INSURANCE COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

EDWIN P. LAMPHIER, JR., on Behalf of Himself and All Other Present and Past Employees of Underwriters Trust Company Similarly Situated, v. UNDERWRITERS TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HYMAN GARFINKEL, as Administrator, etc., of JEROME GARFINKEL, Deceased, v. THE PHILAN CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

C. & W. CONSTRUCTION CO., INC., v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ELLIS G. POTTER, Individually and as a Stockholder of PAN AMERICAN PETROLEUM & TRANSPORT COMPANY, Suing, etc., and HERMAN WANGROW v. ELISHA WALKER and Others.— Motion by defendant Edward R. Tinker for leave to appeal to the Court of Appeals granted. [See *post*, p. 748; 252 App. Div. 244.] Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.

ELLIS G. POTTER, Individually and as a Stockholder of PAN AMERICAN PETROLEUM & TRANSPORT COMPANY, Suing, etc., and HERMAN WANGROW v. ELISHA WALKER and Others.— Motion by defendants Elisha Walker, George Armsby, Edward F. Hayes and Hunter S. Marston for leave to appeal to the Court of Appeals granted. [See *post*, p. 748; 252 App. Div. 244.] Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.

In the Matter of the Application of JOSEPH STRENGER and IRVING S. RAPAPORT for an Order Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. GRESADA APTS. INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY, as Trustee of the Trust Created under and by Paragraph Second of the Last Will and Testament of WILLIAM A. ROBINSON, Deceased. ST. JOSEPH'S FRENCH CATHOLIC HOSPITAL and THE CHILDREN'S AID SOCIETY. LEONARD HULL SMITH and BANKERS TRUST COMPANY, as Executors, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LILLIAN COHEN v. LINCOLN SAVINGS BANK OF BROOKLYN and IRVING TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LILLIAN COHEN v. LINCOLN SAVINGS BANK OF BROOKLYN and IRVING TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.